# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SARAH A. GARDNER  
820 ALBERT AVENUE  
ROCKFORD, IL  61101

SSN-xxx-xx-0563

Case Number: 06-71060

Case filed on: 6/20/2006  
Plan Confirmed on: 8/21/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $11,130.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | SARAH A. GARDNER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 3,014.15 | 3,014.15 | 3,014.15 | 54.25 |
| 004 | HSBC MORTGAGE SERVICES | 55,193.15 | 0.00 | 0.00 | 0.00 |
| | Total Secured | 58,207.30 | 3,014.15 | 3,014.15 | 54.25 |
| 002 | AMERICAN GENERAL FINANCE | 2,539.98 | 2,539.98 | 482.19 | 0.00 |
| 003 | HEIGHTS FINANCE | 1,154.92 | 1,154.92 | 219.24 | 0.00 |
| 005 | B-LINE LLC | 3,066.62 | 3,066.62 | 582.16 | 0.00 |
| 006 | CARDMEMBER SERVICES / DIRECT MERCHANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | HERITAGE FEDERAL CREDIT UNION | 2,251.32 | 2,251.32 | 427.38 | 0.00 |
| 008 | LVNV FUNDING LLC | 6,423.58 | 6,423.58 | 1,219.43 | 0.00 |
| 009 | WELLS FARGO FINANCIAL BANK | 5,336.17 | 5,336.17 | 1,013.00 | 0.00 |
| 010 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PALLISADES COLLECTION, L.L.C | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 567.14 | 567.14 | 107.66 | 0.00 |
| 013 | WELLS FARGO FINANCIAL BANK | 3,519.23 | 3,519.23 | 668.08 | 0.00 |
| | Total Unsecured | 24,858.96 | 24,858.96 | 4,719.14 | 0.00 |
| | Grand Total: | 85,766.26 | 30,573.11 | 10,433.29 | 54.25 |

Total Paid Claimant:      $10,487.54  
Trustee Allowance:        $642.46  
Percent Paid Unsecured:        18.98

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan